## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 20-13080 |
| **Cathy Hartline FKA Cathy Moser** | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | March 30, 2021 10:00 A.M. |
| | : | |
| **Cathy Hartline FKA Cathy Moser** | : | **The Gateway Building** |
| **Joseph S Hartline** | : | **201 Penn St., 4th Floor Courtroom** |
| | : | **Reading, PA, 19601** |
| **Scott F. Waterman (Chapter 13)** | : | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, this  30th  day of  March , 20 21 , upon consideration of the Motion for Relief from the Automatic Stay filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 227 Mountain Mary Rd, Boyertown, PA 19512 and more particularly described in the Mortgage, recorded September 23, 2008, at Mortgage Book Volume 05420, Page 1141.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

21-002510_EDW