**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL ALAN SIDDONS ESQ.
230 N. Monroe Street
Media, PA 19063
Phone: 610-255-7500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - READING

| In re: CATHY HARTLINE  Debtor(s), | Bankruptcy No: 20-13080  Chapter: 13  Judge: Honorable Patricia M. Mayer |
|---|---|

## NOTICE OF CHANGE OF ADDRESS

Please note the mailing address for the Debtor(s) has changed. The prior address is:

227 Mountain Mary Road
BOYERTOWN, PA 19512

Effective May 13, 2021 the new mailing address for the Debtor(s) is:

115 Club Road
Bethel, PA 19507


DATED: May 13, 2021

/s/ Michael Alan Siddons
MICHAEL ALAN SIDDONS
Attorney for Debtor(s)

## CERTIFICATE OF MAILING

Upon penalty of perjury, I, Michael Alan Siddons, hereby certify that on May 13, 2021 a true and correct copy of the **Notice of Change of Address** was served via ECF upon the following parties:

| | |
|---|---|
| US Trustee<br>*via ECF* | Scott F. Waterman, Trustee<br>*via ECF* |
| | /s/ Michael Alan Siddons<br>MICHAEL ALAN SIDDONS<br>Attorney for Debtor(s) |