| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13080-PMM**

Cathy Hartline
115 Club Road
Bethel  PA  19507

Petition Filed Date: 07/22/2020
341 Hearing Date: 08/25/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/31/2020 | $200.00 | | 09/09/2020 | $200.00 | | 09/30/2020 | $200.00 | |
| 10/30/2020 | $200.00 | | 12/01/2020 | $200.00 | | 01/04/2021 | $200.00 | |
| 02/01/2021 | $200.00 | | 03/02/2021 | $200.00 | | 03/30/2021 | $200.00 | |
| 04/30/2021 | $200.00 | | 06/01/2021 | $200.00 | | | | |

**Total Receipts for the Period: $2,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»» 01S | Secured Creditors | $876.93 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 01U | Unsecured Creditors | $7,550.72 | $0.00 | $0.00 |
| 3 | KEYBANK<br>»» 002 | Secured Creditors | $8,213.17 | $0.00 | $0.00 |
| 4 | SANTANDER CONSUMER USA INC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK<br>»» 004 | Mortgage Arrears | $2,550.35 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 005 | Priority Crediors | $1,122.14 | $0.00 | $0.00 |
| 7 | K JORDAN<br>»» 006 | Unsecured Creditors | $585.05 | $0.00 | $0.00 |
| 8 | MONTGOMERY WARD<br>»» 007 | Unsecured Creditors | $1,361.00 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $391.06 | $0.00 | $0.00 |
| 10 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $834.50 | $0.00 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 10U | Unsecured Creditors | $1.60 | $0.00 | $0.00 |
| 12 | PA DEPARTMENT OF REVENUE<br>»» 10P | Priority Crediors | $32.03 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 011 | Unsecured Creditors | $1,036.06 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $2,038.13 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $2,733.06 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13080-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,954.94 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $178.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $2,022.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.