United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cathy Hartline  
      Debtor

Case No. 20-13080-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jul 29, 2021      Form ID: pdf900      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Hartline, 115 Club Road, Bethel, PA 19507-8947 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14521642 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 14521644 | + | Amerisol, Po Box 65018, Baltimore, MD 21264-5018 |
| 14521645 | + | Ar Resources, Pob 1056, Blue Bell, PA 19422-0287 |
| 14521646 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14521647 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14521653 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 14521654 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14521658 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14521662 | + | Key Bank, PO Box 94968, Cleveland, OH 44101-4968 |
| 14594664 | + | KeyBank, NA, s/b/m First Niagara Bank, NA, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14526919 | + | Merion Hill Homeowners Association, c/o PENCO Management Inc, P.O. Box 1119, Chadds Ford, PA 19317-0658 |
| 14584713 | | MidFirst Bank, c/o Sarah E. Barngrover, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14521665 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14524572 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14524073 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Christopher A. DeNardo, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14521667 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14523058 | + | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14526911 | + | Santander Consumer USA Inc. dba Chrysler Capital, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave Suite 301, Moorestown, NJ 08057-3125 |
| 14521677 | + | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14521678 | + | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14526915 | + | Univest Bank and Trust Company, c/o Daniel D. Haggerty, Esquire, Kang Haggerty & Fetbroyt LLC, 123 S. Broad Street, Suite 1670, Philadelphia, Pa 19109-1003 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 29 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14521643 | + | Email/Text: backoffice@affirm.com | Jul 29 2021 23:34:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14521648 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:39:04 | Cap One, Po Box 30253, Salt Lake City, UT 84130-0253 |

Case 20-13080-pmm   Doc 64   Filed 07/31/21   Entered 08/01/21 00:31:21   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14521649 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:39:04 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14528539 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 23:39:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14521650 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:39:04 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14521651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2021 23:39:05 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14521652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2021 23:39:08 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14521655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2021 23:33:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14521656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2021 23:33:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14521657 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 29 2021 23:39:10 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14521659 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2021 23:33:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14521660 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 29 2021 23:39:07 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14526791 | + | Email/Text: bankruptcy@sccompanies.com | Jul 29 2021 23:33:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14521661 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 29 2021 23:33:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1217 |
| 14546420 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 23:39:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14535818 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2021 23:39:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14521663 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2021 23:39:08 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14561520 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 29 2021 23:39:04 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14521664 | + | Email/Text: bankruptcy@sccompanies.com | Jul 29 2021 23:34:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14526792 | + | Email/Text: bankruptcy@sccompanies.com | Jul 29 2021 23:34:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14522696 | | Email/PDF: cbp@onemainfinancial.com | Jul 29 2021 23:39:04 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14521666 | + | Email/PDF: cbp@onemainfinancial.com | Jul 29 2021 23:39:04 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14539742 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14540074 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2021 23:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14540073 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2021 23:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14521669 | | Email/PDF: cbp@onemainfinancial.com | Jul 29 2021 23:39:04 | Springleaf Financial S, 1253 Airport Rd, Allentown, PA 18109 |
| 14521668 | + | Email/Text: collections@seawest.coop | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 29 2021 23:33:00 | Sea West, 8750 Mountain Bv, Oakland, CA 94605-4500 |
| 14521670 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:10 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14521671 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:07 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14521672 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:10 | Syncb/flex, Po Box 965005, Orlando, FL 32896-5005 |
| 14521673 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:10 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14521674 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:10 | Syncb/lenscrafters, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14521675 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:07 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14521676 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:07 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14545325 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:39:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14521679 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 29 2021 23:33:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| KRISTEN D. LITTLE | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: pdf900 | Total Noticed: 67 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

MICHAEL ALAN SIDDONS
    on behalf of Debtor Cathy Hartline msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

Case 20-13080-pmm    Doc 64    Filed 07/31/21    Entered 08/01/21 00:31:21    Desc Imaged
Certificate of Notice    Page 4 of 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  CATHY HARTLINE | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 20-13080 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: July 29, 2021**

*Patricia M. Mayer*
_____
PATRICIA M.  MAYER
U.S. BANKRUPTCY JUDGE