**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Cathy Hartline FKA Cathy Moser** | : | **Case No.: 20-13080** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **MidFirst Bank** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

21-002510_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-13080 |
| **Cathy Hartline FKA Cathy Moser** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Cathy Hartline FKA Cathy Moser** | : |
| **Joseph S Hartline** | : |
| | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Michael Alan Siddons, Attorney for Cathy Hartline FKA Cathy Moser, Law Offices of Michael Alan Siddons Esq, 230 N. Monroe Street PO Box 403, Media, PA 19063, msiddons@siddonslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 12, 2021:

Cathy Hartline FKA Cathy Moser, 115 Club Road, Bethel, PA 19507

Cathy Hartline FKA Cathy Moser and Joseph S Hartline, 227 Mountain Mary Rd, Boyertown, PA 19512

DATE: September 12, 2021

21-002510_PS

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-002510_PS