# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - READING

| In re:<br><br>CATHY HARTLINE<br><br>Debtor(s), | Bankruptcy No: 20-13080<br><br>Chapter: 13<br><br>Judge: Honorable Patricia M. Mayer |
|---|---|

## DECLARATION OF ATTORNEY

I, Michael Alan Siddons, make the following declaration regarding attorney fees earned in the prosecution of this bankruptcy matter. My hourly rate is $325.00 which is commensurate with my experience and the rates charged by comparable practitioners. I billed this case at a flat rate of $2,500.00 pre-petition and $1,500 post-petition for a total fee of $4,000.00. The following is a schedule of work product, showing the hours and fees exceed the flat fee that I requested:

| Date | Case Work   Pre-Petition | Hours | Fee |
|---|---|---|---|
| Jun 2020 | Initial consultation | 2 | $650.00 |
| July 2020 | Gathering information and documents from client and analyzing the same | 2.5 | $812.50 |
| July 2020 | Pull client's credit report | 0.2 | $65.00 |
| July 2020 | Continued consultation regarding home and mortgage arrears mgmt | 1.5 | $487.50 |
| July 2020 | Review of drafts and general responses to inquiries from staff and Debtor | 0.4 | $130.00 |
| July 2020 | Data entry into bankruptcy software program | 1 | $325.00 |
| July 2020 | Review of drafts and general responses to inquiries from staff and Debtor | 0.2 | $65.00 |
|  | Final preparation for signing | 0.7 | $227.50 |
|  | Signing of petition | 0.75 | $243.75 |
| July 2020 | Electronic Filing of Bankruptcy case | 0.2 | $65.00 |
|  | Pre-Petition Total | 9.45 | 3071.25 |
| Date | Case Work   Post-Petition | Hours | Fee |
| August 2020 | Post-petition transmittals to Debtor | 0.1 | $32.50 |
| August 2020 | Post-petition transmittals to trustee and document preparation | 0.75 | $243.75 |
| August 2020 | Pre 341 preparation meeting with Debtor | 0.75 | $243.75 |
| Oct 2020 - Apr 2021 | Multiple Amended Plans - preparation and filing | 3.4 | $1,105.00 |
| Oct 2020 - Mar 2021 | Attend Confirmation and MFR Hearings | 3.1 | $1,007.50 |
|  | Post-Petition Total | 8.1 | 2632.5 |
|  | TOTAL | 17.55 | 5703.75 |

DATED: October 06, 2021
/s/ Michael A. Siddons

**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
Media, PA 19063
Phone: 610-255-7500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*