UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - READING

| In re:<br><br>CATHY HARTLINE<br><br>Debtor(s), | Bankruptcy No: 20-13080<br><br>Chapter: 13<br><br>Judge: Honorable Patricia M. Mayer |
|---|---|

### DECLARATION OF ATTORNEY

I, Michael Alan Siddons, make the following declaration regarding attorney fees earned in the prosecution of this bankruptcy matter. My hourly rate is $325.00 which is commensurate with my experience and the rates charged by comparable practitioners. I billed this case at a flat rate of $2,500.00 pre-petition and $1,500 post-petition for a total fee of $4,000.00. The following is a schedule of work product, showing the hours and fees exceed the flat fee that I requested:

| Date | Case Work   Pre-Petition | Hours | Fee |
|---|---|---|---|
| Jun 6, 20200 | Initial consultation | 2 | $650.00 |
| July 6, 2020 | Pull client's credit report | 0.2 | $65.00 |
| July 11, 13, 16, 2020 | Gathering information and documents from client and analyzing the same | 2.5 | $812.50 |
| July 16, 2020 | Continued consultation regarding home and mortgage arrears mgmt | 1.5 | $487.50 |
| July 19, 2020 | Review of drafts and general responses to inquiries from staff and Debtor | 0.4 | $130.00 |
| July 19, 2020 | Data entry into bankruptcy software program | 1 | $325.00 |
| July 20, 2020 | Review of drafts and general responses to inquiries from staff and Debtor | 0.2 | $65.00 |
| July 22, 2020 | Final preparation for signing | 0.7 | $227.50 |
| July 22, 2020 | Signing of petition | 0.75 | $243.75 |
| July 22, 2020 | Electronic Filing of Bankruptcy case | 0.2 | $65.00 |
| | Pre-Petition Total | 9.45 | 3071.25 |
| Date | Case Work   Post-Petition | Hours | Fee |
| Aug 19, 2020 | Gathered insurance information from USAA - Prepared Client Declarations for 341 | 0.1 | $32.50 |
| Aug 21, 2020 | Filed Amendments to Schedules - Prep and deliver docs to trustee | 0.75 | $243.75 |
| Aug 24, 2020 | Pre 341 preparation meeting with Debtor | 0.75 | $243.75 |
| Oct 7, 2020 | Prepared and Filed Amended Chapter 13 Plan | 0.6 | $195.00 |
| Oct 20, 2020 | Review of Objection to Confirmation file by Trustee | 0.5 | $162.50 |
| Oct 25, 2020 | Meet with Client to review Trustee Objections | 0.75 | $243.75 |
| Dec 9, 2020 | Prepared and Filed Amended Chapter 13 Plan | 0.5 | $162.50 |
| Dec 10, 2020 | Attend Confirmation Hearing | 0.25 | $81.25 |
| Jan 15, 2021 | Review objection filed by Creditor - Prepare and File Amended Plan | 0.25 | $81.25 |
| Feb 22, 2021 | Review objections to confirmation | 0.5 | $162.50 |
| Mar 2, 2021 | Review of Motion for Relief from Stay | 0.25 | $81.25 |
| Mar 11, 2021 | Prepared and Filed Amended Chapter 13 Plan | 0.5 | $162.50 |
| Mar 30, 2021 | Hearing on Motion for Relief - moved to April 20 - calendar / communicate w/ client | 0.85 | $276.25 |
| Apr 20, 2021 | Hearing on Motion for Relief | 0.55 | $178.75 |
| Apr 29, 2021 | Hearing Confirmation of Plan | 0.45 | $146.25 |
| Jun 17, 2021 | Hearing on Motion Dismiss - Consult with Client | 0.55 | $178.75 |
| | Post-Petition Total | 8.1 | 2632.5 |
| | TOTAL | 17.55 | 5703.75 |

DATED: Oct 19, 2021
/s/ Michael A. Siddons

**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
Media, PA 19063
Phone: 610-255-7500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*