United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cathy Hartline  
    Debtor

Case No. 20-13080-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Hartline, 115 Club Road, Bethel, PA 19507-8947 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 04 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 23:35:08 | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021                                   Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Cathy Hartline msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  )Case No. 20-13080-pmm
**Cathy Hartline**  )
     **Debtor**  )Chapter 13
  )
  )Judge: Patricia M. Mayer

ORDER

**AND NOW**, upon consideration of the Application for Compensation (the "Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

**IT IS ORDERED** that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**;

3. Expenses are **ALLOWED** in favor of the Applicant on the amount of **$25.00**;

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C.§507, 11 U.S.C. §503(b) and 11 U.S.C.§330(a)(4)(B), the allowed compensation set forth in ¶2 of the Application less $2,500.00 which was paid by the Debtor prepetition.

BY THE COURT:

*Patricia M. Mayer*

**Date: November 3, 2021**    _____
Patricia M. Mayer
United States Bankruptcy Court Judge